AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JAN 2 0 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP-15-M-144-ATB |
| MEDINA-Cervantes, Jose Antonio | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 16, 2015____ in the county of ____El Paso____ in the ____Western____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | 1) Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alton E. Hightower, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/20/2015

_____
*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

On January 16, 2015 at approximately 12:10 p.m., United States Border Patrol Agent (BPA) J. Perez was conducting Outbound Operations at the Ysleta Port of Entry when he encountered a blue Dodge Caravan bearing Mexican license plates. BPA Perez approached the driver of the vehicle who was later identified as Jose Antonio MEDINA-Cervantes. MEDINA-Cervantes presented a valid Border Crossing Card. BPA asked MEDINA-Cervantes if he had any weapons, ammunition, parts for weapons, or money or monetary instruments over $10,000. MEDINA-Cervantes replied that he had nothing to declare. BPA Perez asked MEDINA-Cervantes where he was coming from. MEDINA-Cervantes replied that he was coming from Autozone where he purchased side view mirror for a car he owns. BPA Perez observed that MEDINA-Cervantes was wearing tan tactical type boots. BPA Perez asked MEDINA-Cervantes what he did for a living. MEDINA-Cervantes replied that he worked for the Administrative Government of Chihuahua. BPA directed MEDINA-Cervantes to park the Dodge Caravan in a secondary inspection area and requested assistance from a Customs and Border Protection (CBP) K-9 Officer.

CBP K-9 Officer M. Rodriguez responded and deployed his service K-9 which provided a positive alert to the Dodge Caravan. BPA Perez then searched the interior of the Caravan and discovered a white plastic bag between the driver and passenger seats. BPA Perez opened the bag and found 12 rifle magazines and a store receipt within the bag. BPA Perez examined to the store receipt and observed that it documented the purchase of the magazines and ammunition at the Academy Sports and Outdoors, in El Paso, Texas. BPA Perez continued to search the vehicle and found 4 boxes of ammunition concealed within a box which contained an automotive side view mirror. BPA Perez detained MEDINA-Cervantes.

Department of Homeland Security (DHS), Homeland Security Investigations (HSI) El Paso Office, Special Agent (SA) Alton Hightower and Immigration arrived at the Ysleta Port of Entry and initiated an investigation. SA Hightower read MEDINA-Cervantes the Miranda warning in the Spanish language. Immigration and Customs Enforcement, Immigration Enforcement Agent (IEA) Jorge Alvarez was present. MEDINA-Cervantes acknowledged in writing that he understood his rights and he agreed to make a statement without the presence of an attorney. SA Hightower and IEA Alvarez interviewed MEDINA-Cervantes. MEDINA-Cervantes provided the following information during the interview.

MEDINA-Cervantes has been employed by the Chihuahua State Police Department as a police officer for approximately 4 years.

MEDINA-Cervantes entered the United States from Mexico at approximately 9:00 a.m. through the Paso Del Norte Port of Entry. At approximately 9:30 a.m., MEDINA-Cervantes arrived at the Academy Sports and Outdoor store located on Avenue of the Americas, in El Paso, Texas. MEDINA-Cervantes purchased 1 box of 9mm caliber ammunition, 3 boxes of 7.62 X 39 mm caliber ammunition, 1 AR-15 rifle magazine, and 11 AK-47 rifle magazines. MEDINA-Cervantes planned to use the items he purchased to practice shooting weapons to which he was provided access to through his employment as a police officer. After departing the Academy Sports and Outdoors store, MEDINA-Cervantes went to pick up parts at the Autozone store on Zaragoza Road, in El Paso, Texas.

MEDINA-Cervantes stated that he knew that it was illegal to transport the ammunition he purchased from the United States to Mexico. MEDINA-Cervantes further stated that he observed a sign posted north of the inspection area at the Ysleta Port of Entry which advised travelers departing the United States and entering Mexico that it was illegal to transport firearms and ammunition into Mexico.